UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 18-cr-80235-DMM-1

UNITED STATES OF AMERICA

    Plaintiff,

v.

SHERRY TINA UWANAWICH,

    Defendant
_____/

## DEFENDANT'S MOTION FOR COMPETENCY DETERMINATION – REQUEST FOR COMPETENCY HEARING – REQUEST FOR INDEPENDENT COMPETENCY EVALUATION.

SHERRY TINA UWANAWICH, the Defendant, by and through her undersigned counsel, files this her Motion for a Competency Determination, pursuant to 18 USCA §4241, and requests a hearing on same, and for an Independent Mental Health Expert to be appointed by the court.

As grounds therefore counsel would allege:

1. Based on Attorney-Client conversations, undersigned counsel has serious concerns about the current state of mind of the Defendant, to the extent that the Defendant may not be competent to stand trial.

2. The Defendant has a substantial history of mental illness, has been diagnosed with schizophrenia, is currently treating with a Psychiatrist, and has been Baker Acted on multiple occasions.

3. The undersigned counsel has spoken with Defendant's treating Psychiatrist, Dr. Justin Napa, who indicated to counsel, he has serious concerns about the Defendant's competency to stand trial. He also indicated that he has attempted to treat the Defendant's mental illness Schizophrenia, with anti-psychotic medication like Invega, but they had very adverse reactions on the Defendant's mental health.

WHEREFORE, the Defense also requests asks the court to appoint an Independent Mental Health Expert to conduct a competency evaluation of the Defendant prior to a hearing.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of March, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification to: Assistant United State Attorney.

JAMES LEWIS, Esq.
Attorney for Defendant
200 S.E. 6th Street Suite 301
Ft. Lauderdale FL 33301
Phone: (954) 523- 7949
Fax:    (954) 524- 0403
jimlewisforflorida@yahoo.com

By:   /S/James S. Lewis
      JAMES S. LEWIS, ESQ.,
      Florida Bar Number 318957