UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80235-CR-RUIZ

UNITED STATES OF AMERICA

v.

SHERRY TINA UWANAWICH,

    Defendant.

## GOVERNMENT'S MOTION FOR DISMISSAL OF COUNTS

The United States Attorney's Office for the Southern District of Florida, pursuant to the plea agreement in this matter, moves for dismissal of Counts 2 and 3 of the indictment in light of the conviction and sentencing of the defendant as to Count 1.

    Respectfully Submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

By:   s/n *Roger H. Stefin*
    ROGER H. STEFIN
    ASSISTANT UNITED STATES ATTORNEY

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80235-CR-RUIZ

UNITED STATES OF AMERICA

v.

SHERRY TINA UWANAWICH,

    Defendant.

## ORDER OF DISMISSAL

This cause, having come to be heard on the motion of the United States for the dismissal of counts, and the Court being advised in the premises, it is hereby

ORDERED AND ADJUDGED that Counts 2 and 3 are hereby dismissed.

DONE AND ORDERED this ____ day of September, 2019.

    _____
    RODOLFO A. RUIZ
    UNITED STATES DISTRICT JUDGE

cc.  Counsel of record